IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
             v.              ) Criminal No. 06-264
                             )
ANTHONY LAMONT WILLIAMS,      )
        Defendant.           )

ORDER

AND NOW, this 19th day of April, 2007, the Court

having been advised that the above defendant wishes to

change his plea of not guilty, entered September 22,

2006, IT IS HEREBY ORDERED that a hearing on defendant's

change of plea is set for Friday, April 27, 2007 at

9:30 a.m. in Courtroom #3A, 3rd floor, United States

Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the motions hearing,

scheduled for April 20, 2007, is hereby cancelled.

                           BY THE COURT:


                           s/Gary L. Lancaster          ,J.
                           The Honorable Gary L. Lancaster,
                           United States District Judge

cc:   Marketa Sims,
      Assistant United States Attorney

      Ross E. Lenhardt,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation