IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,            )
                                     )
          v.                         )
                                     )   Civil Action No. 08-1028
ANTHONY LAMONT WILLIAMS              )   (Criminal No. 06-264)
                                     )

ORDER

The parties are hereby advised that the evidentiary hearing on petitioner's motion to vacate [document no. 41] will be limited to the issue of whether petitioner waived his right to file said motion when he entered into his plea agreement [document no. 30]. Issues relating to the merits of petitioner's conviction will not be entertained by the court.

BY THE COURT:

Gary L. Lancaster
United States District Judge
DATED: 3-9-09

cc:  R. Damien Schorr, Esquire
     1015 Irwin Drive
     Pittsburgh, PA 15236

     Ross E. Lenhardt
     Assistant United States Attorney
     400 U.S. Post Office & Courthouse
     Pittsburgh, PA 15219

     Anthony Lamont Williams, #09157-068
     FCI-Beckley
     P.O. Box 350
     Beckley, WV 25813

     Federal Public Defender

     United States Marshall