IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY LAMONT WILLIAMS, )
    Petitioner, )
)
    v. ) Civil Action No. 08-1028
) (Criminal No. 06-264)
UNITED STATES OF AMERICA,)
    Respondent. )

## ORDER

AND NOW, this 17th day of June, 2009, IT IS HEREBY ORDERED that the evidentiary hearing on petitioner's motion to vacate [document #41], scheduled for June 19, 2009, will now be held before the undersigned on <u>Thursday, July 16, 2009 at 1:30 p.m.</u> in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the United States Marshal for this District and the Superintendent of the Federal Correctional Institution in Beckley, West Virginia shall have the petitioner present for the above hearing and when the petitioner is no longer needed before the Court, he shall be returned to the custody of the Superintendent of the Federal Correctional Institution in Beckley, West Virginia

                                              BY THE COURT:

                                              <u>s/Gary L. Lancaster      </u>, J.
                                              Hon. Gary L. Lancaster,
                                              United States District Judge

cc: R. Damien Schorr, Esq.
    1015 Irwin Drive
    Pittsburgh, PA 15236

    Ross E. Lenhardt,
    Assistant United States Attorney
    400 U.S. Post Office & Courthouse
    Pittsburgh, PA 15219

    Anthony Lamont Williams, #09157-068
    FCI-Beckley
    P.O. Box 350
    Beckley, WV 25813

    Federal Public Defender

    United States Marshal